IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KAMEON VANKEIS AARON
ADC# 129521                                                                                     PLAINTIFF

v.                                      No. 5:12-cv-97-DPM

JOHN M. FELTS, Chairman, Arkansas
Parole Board; ARKANSAS PAROLE BOARD;
MCMILLER, Parole Officer, Varner Unit, ADC;
and ARMSTRONG, Parole Officer, Varner Unit,
ADC                                                                                             DEFENDANTS

ORDER

The Court has considered Magistrate Judge J. Thomas Ray's proposed findings and recommended disposition, *Document No. 8*. No one has objected. Seeing no legal error or clear error of fact on the face of the record, FED. R. CIV. P. 72(b) (advisory committee notes to 1983 addition), the Court adopts the proposal's reasoning and result. Aaron's complaint is dismissed without prejudice. This dismissal constitutes a strike under 28 U.S.C. § 1915(g). The Court certifies that an *in forma pauperis* appeal of this Order and the accompanying Judgment would not be taken in good faith.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

30 April 2012