# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**KAMEON VANKEIS AARON**
**ADC# 129521**                                                    **PLAINTIFF**

v.                             **No. 5:12-cv-97-DPM**

**JOHN M. FELTS, Chairman, Arkansas**
**Parole Board; ARKANSAS PAROLE BOARD;**
**MCMILLER, Parole Officer, Varner Unit, ADC;**
**and ARMSTRONG, Parole Officer, Varner Unit,**
**ADC**                                                            **DEFENDANTS**

## JUDGMENT

Aaron's complaint is dismissed without prejudice.   This dismissal

constitutes a strike under 28 U.S.C. § 1915(g).  The Court certifies that an *in*

*forma pauperis* appeal of this Judgment and the accompanying Order would

not be taken in good faith.

_____

D.P. Marshall Jr.
United States District Judge

30 April 2012